**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                             Criminal No. 04-cr-183-01-JD

<u>Michael Palmer</u>

**O R D E R**

    Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant stipulated to the violations but sought continued bail.  Defendant has pled guilty to a crime involving over 100 kilos of marijuana.  He faces a long period of incarceration.  He has overdosed on Oxycontin and was found with a disguised tube of urine – obviously to fool testing for drug use.  He has never sought drug treatment.  I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

    Accordingly, it is **ORDERED** that the defendant be detained pending trial.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                                _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: December 28, 2006

cc:   John R. Valerio, Esq.
      Terry L. Ollila, Esq.
      U.S. Marshal
      U.S. Probation